UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELISABETH GULEMBO,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:24-cv-796

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff's counsel filed a motion for fees under the Equal Access to Justice Act ("EAJA"). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 31, 2025, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 14) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff is awarded three thousand, six hundred eighty-five dollars and fifty cents ($3,685.50) pursuant to the EAJA and that such shall be paid directly to Plaintiff.

Dated:  February 18, 2025
                                                                          /s/  Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge